IN THE MUNICIPAL COURT
HAMILTON COUNTY, OHIO

MOHOGANY JOHNSON
1277 MEREDITH DRIVE
Cincinnati, OH 45231

Case No. 24CV33409

*Plaintiff*

V.

CHEXSYSTEMS INC
1010 DALE ST N ST PAUL
MN 55117-5603 USA

*Defendant*

**COMPLAINT FOR MONEY DAMAGES**

Chexsystems is negligently, and willfully reporting inaccurate information despite being notified of the error. The false information has been publicly disseminated, resulting in harm to my reputation. As a consequence, I have experienced significant emotional distress, humiliation, and mental anguish. This could have all been prevented if Chexsystems did not report defamatory information to third parties and on reports it prepared and maintained concerning me before and after being notified of such false and defamatory information being reported.

WHEREFORE, Plaintiff demands a judgement in the sum of $14,000.

/s/ Mahogany Johnson
1277 Meredith Drive
Cincinnati, OH 45231
Email:mohoganyjohnson652@gmail.com

I hereby certify that a true copy of the forgoing was sent to all entitled parties by regular U.S. Mail By the clerk of courts.

/s/ Mahogany Johnson
1277 Meredith Drive
Cincinnati, OH 45231
Email:mohoganyjohnson652@gmail.com
November 27th 2024